# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Search of:<br><br>4801 E. Sahara, Apartment #177<br>Las Vegas, Nevada<br>County of Clark, State of Nevada | Case No.: 2:17-mj-00065-NJK<br><br>**Order to Unseal Case** |

For good cause shown, the Court GRANTS the United States' motion to unseal the instant case. Docket No. 2.

DATED: January 31, 2020.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE